IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No.  7:18cr39 BHH |
| | ) | |
| vs. | ) | |
| | ) | |
| RALPH FLEMMING | ) | INFORMATION |

The United States of America, by and through its undersigned Special Assistant United States Attorney, files this Information thereby notifying the defendant that he is subject to increased penalties pursuant to Title 21, United States Code, Section 851, based upon the following convictions:

>December 13, 2006 - convicted of Trafficking Crack Cocaine in General Sessions Court in Spartanburg County, South Carolina, Indictment Number 2005-GS-42-4978.  The Defendant received a sentence of 5 years and a fine of $25,000.

Respectfully submitted,

SHERRI A. LYDON
UNITED STATES ATTORNEY

*/s/ Jennifer E. Wells*

Jennifer E. Wells
Special Assistant United States Attorney